UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 14-08811 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CARMEN RODRIGUEZ, ET AL.,** | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Carmen Rodriguez, individually and doing business as Casa Cabral Mexican Restaurant, and Flavio Rodriguez, individually and doing business as Casa Cabral Mexican Restaurant, upon the Court's grant of summary judgment in favor of plaintiff. [*See* Doc. No. 44.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Carmen Rodriguez, individually and doing business as Casa Cabral Mexican Restaurant, and Flavio Rodriguez, individually and doing business as Casa Cabral Mexican Restaurant, shall pay the plaintiff, J & J Sports Productions, Inc., $4,400.00 in total damages. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen

(14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: September 20, 2018

_____
William Keller
United States District Judge